■ Iris N. Leon, Respondent, v City of Jamestown, Appellant. (Appeal No. 2.) [678 NYS2d 314] —Order unanimously affirmed without costs. Same Memorandum as in *Leon v City of Jamestown* (254 AD2d 748 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.